IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PHIL LABOON and EYEFLOW INTERNET
MARKETING LLC,

     *Plaintiffs,*

     v.

SERVICE CONCIERGE LLC, P50 DIGITAL
LLC, CEM OSMA, JENNA DONEGAN, and
SHANELL NESBIT,

     *Defendants.*

C.A. No. 2:25-1548-MJH

**DEFENDANT JENNA DONEGAN'S**
**<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant Jenna Donegan, hereby moves the Court to dismiss, without prejudice, all causes of action against her (Counts III-VI and IX) for lack of personal jurisdiction.

Counsel for Jenna Donegan met and conferred in good faith with Phil Laboon and Internet Marketing LLC's counsel regarding their positions relative to the relief sought and the pleading deficiencies addressed in this Motion and whether amendment could cure them, but no agreement was reached.

As set forth more fully in the memorandum of law and Declaration of Jenna Donegan, this Court lacks personal jurisdiction over Jenna Donegan. Jenna Donegan does not reside in Pennsylvania and is not domiciled in Pennsylvania. Jenna Donegan has made no contacts with the Commonwealth of Pennsylvania giving rise to any of Plaintiffs' asserted claims and has not purposefully directed any activities at the Commonwealth of Pennsylvania sufficient to establish minimum contacts. Accordingly, this Court cannot exercise general or specific personal jurisdiction over Jenna Donegan.

- 2 -

For these reasons, Jenna Donegan respectfully requests that this Court grant this Motion and dismiss without prejudice all claims (Counts III-VI and IX) asserted against Jenna Donegan pursuant to Federal Rule of Civil Procedure 12(b)(2).

Respectfully submitted,

Dated:  December 19, 2025

/s/ John D. Simmons
John D. Simmons (PA ID 202405)
Dennis J. Butler (PA ID 91564)
Ava Lutz (PA ID 332553)
PANITCH SCHWARZE BELISARIO & NADEL LLP
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Telephone: (302) 394-6006
Facsimile: (215) 965-1331
jsimmons@panitchlaw.com
dbutler@panitchlaw.com
alutz@panitchlaw.com

**Attorneys for Defendants Service Concierge
LLC, P50 Digital LLC, Cem Osma, and
Jenna Donegan**

- 3 -

## CERTIFICATE OF CONFERRAL

As required by Your Honor's Standing Order, undersigned counsel certifies the following: Counsel for Jenna Donegan met and conferred in good faith with Phil Laboon and Internet Marketing LLC's counsel on November 14, 2025 and December 16, 2025, regarding their positions relative to the relief sought and the pleading deficiencies addressed in this Motion and whether amendment could cure them, but no agreement was reached.


/s/ *John D. Simmons*
John D. Simmons

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System (CM/ECF). Notice of this filing will be sent by email to all counsel of record by operation of the Court's CM/ECF system.

*/s/ John D. Simmons*
John D. Simmons