IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHIL LABOON and EYEFLOW INTERNET MARKETING LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SERVICE CONCIERGE LLC, P50 DIGITAL LLC, CEM OSMA, JENNA DONEGAN, and SHANELL NESBIT,<br><br>*Defendants.* | C.A. No. 2:25-1548-MJH |

### DEFENDANT SHANELL NESBIT'S
### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant Shanell Nesbit, hereby moves the Court to dismiss, without prejudice, all causes of action against her (Counts III-VI and IX) for lack of personal jurisdiction.

Counsel for Shanell Nesbit met and conferred in good faith with Phil Laboon and Internet Marketing LLC's counsel regarding their positions relative to the relief sought and the pleading deficiencies addressed in this Motion and whether amendment could cure them, but no agreement was reached.

As set forth more fully in the memorandum of law and Declaration of Shanell Nesbit, this Court lacks personal jurisdiction over Shanell Nesbit. Shanell Nesbit does not reside in Pennsylvania and is not domiciled in Pennsylvania. Shanell Nesbit has made no contacts with the Commonwealth of Pennsylvania giving rise to any of Plaintiffs' asserted claims and has not purposefully directed any activities at the Commonwealth of Pennsylvania sufficient to establish minimum contacts. Accordingly, this Court cannot exercise general or specific personal jurisdiction over Shanell Nesbit.

- 2 -

For these reasons, Shanell Nesbit respectfully requests that this Court grant this Motion and dismiss without prejudice all claims (Counts III-VI and IX) asserted against Shanell Nesbit pursuant to Federal Rule of Civil Procedure 12(b)(2).

Respectfully submitted,

Dated: <u>January 13, 2025</u>

<u>/s/ John D. Simmons</u>
John D. Simmons (PA ID 202405)
Dennis J. Butler (PA ID 91564)
Ava Lutz (PA ID 332553)
PANITCH SCHWARZE BELISARIO & NADEL LLP
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Telephone: (302) 394-6006
Facsimile: (215) 965-1331
jsimmons@panitchlaw.com
dbutler@panitchlaw.com
alutz@panitchlaw.com

**Attorneys for Defendants Service Concierge LLC, P50 Digital LLC, Cem Osma, Jenna Donegan, and Shanell Nesbit**