## **CERTIFICATE OF CONFERRAL**

As required by Your Honor's Standing Order, undersigned counsel certifies the following: Counsel for Shanell Nesbit met and conferred in good faith with Phil Laboon and Internet Marketing LLC's counsel on January 8, 2026, regarding their positions relative to the relief sought and the pleading deficiencies addressed in this Motion and whether amendment could cure them, but no agreement was reached.

*/s/ John D. Simmons*
John D. Simmons