**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned hereby certifies that the foregoing document has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System (CM/ECF). Notice of this filing will be sent by email to all counsel of record by operation of the Court's CM/ECF system.

                                        */s/ John D. Simmons*
                                        John D. Simmons