IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHIL LABOON and EYEFLOW INTERNET MARKETING LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>SERVICE CONCIERGE LLC, P50 DIGITAL LLC, CEM OSMA, JENNA DONEGAN, and SHANELL NESBIT,<br><br>*Defendants.* | C.A. No. 2:25-1548-MJH |

**[PROPOSED] ORDER GRANTING DEFENDANT SHANELL NESBIT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDITION**

Upon consideration of Plaintiffs Phil Laboon and Eyeflow Internet Marketing LLC's Complaint (ECF No. 1); Defendant Shanell Nesbit's Motion to Dismiss for Lack of Personal Jurisdiction and the accompanying memorandum of law and Declaration of Shanell Nesbit; and all other related filings and documents of record, it is hereby ordered that the Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED and it is further ordered that all claims asserted against Defendant Shanell Nesbit (Counts III-VI and IX) are dismissed without prejudice.

SO ORDERED this ____ day of _____, 2026.

_____
Judge Marilyn J. Horan