# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHIL LABOON AND EYEFLOW INTERNET MARKETING LLC, *Plaintiffs,* v. SERVICE CONCIERGE LLC, P50 DIGITAL LLC, CEM OSMA, JENNA DONEGAN, AND SHANELL NESBIT, *Defendants.* | C.A. No. 2:25-1548-MJH |

## DECLARATION OF SHANELL NESBIT

Shanell Nesbit declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an individual over the age of eighteen and am competent to make this declaration. I make this declaration based upon my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. I am a resident of the State of Arizona. I have never been a resident of the Commonwealth of Pennsylvania. I have never resided at 553 Norman Street, Pittsburgh, Pennsylvania, 15214.

3. I have never traveled to, lived in, worked in, or owned real property in the Commonwealth of Pennsylvania.

4. I worked with Defendant Service Concierge LLC as an independent contractor. As an independent contractor for Service Concierge, I only handled inbound sales calls for home internet and cell phone services.

5.      I did not have access to or ability to download or assist in "download[ing] Plaintiffs' entire T-Mobile lead database…" as alleged by the Plaintiffs in paragraph twenty-two of the Complaint. (ECF No. 1, ¶ 22).

6.      I did not download the entire T-Mobile lead database.

7.      I never had access to the entire T-Mobile lead database.

8.      I currently have no access to any T-Mobile lead database.

I hereby declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 10, 2026

_____
Shanell Nesbit