IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

PHIL LABOON, EYEFLOW INTERNET       )
MARKETING LLC,                      )
                                    )          2:25-CV-01548-MJH
        Plaintiffs,                 )
                                    )
                                    )
    vs.                             )
                                    )
                                    )
SERVICE CONCIERGE LLC,  P50         )
DIGITAL LLC, CEM OSMA, JENNA
DONEGAN, SHANELL NESBIT,

        Defendants,

ORDER

Following this Court's Opinion and Order denying Defendants' Motion to Dismiss,

Plaintiffs' filed a Motion for Attorney Fees and Costs (ECF No. 41).  Defendants filed a Motion

for Certificate of Appealability (ECF No.  43) and to Stay Proceedings (ECF No. 43) pending

outcome of said motion.   During the briefing period, this Court stayed any response to Plaintiffs'

Motion (ECF No. 49).   Plaintiffs have also filed a Motion for Protective Order (ECF No. 51) in

the event the Court granted Defendants' motions.

Following due consideration of the above motions and the respective briefs (ECF No. 44,

47, 50, and 51), it is hereby ordered as follows:

1. Because the Court does not find that Defendants have established a basis to grant a
   certificate of appealability, said motion is denied.

2. Because the Court is not granting Defendants' Motion for Certificate of
   Appealability, Defendants' Motion to Stay Proceedings is denied.

3. Because the Court is not granting Defendants' Motion for Certificate of
   Appealability, Plaintiffs' Motion for Protective Order, as stated, is moot.

4.  On or before June 23, 2026, Defendants shall respond to Plaintiffs Motion for

    Attorney Fees and Costs (ECF No. 41).

5.  On or before June 30, 2026, Defendants shall file an Answer.

DATED this 16th day of June, 2026.

BY THE COURT:

MARILYN J. HORAN
United States District Judge